60 F.3d 814
 Champion Dyeing & Finishing Co., Continental Piece Dye &
Finishing Co., Inc., Coral Dyeing & Finishing Co., Inc.,
Manner Textile Processing, Moire Corporation of America,
Perennial Print Corp., Renco Dyeing & Finishing Corp.,
Sunbrite Dye Company, Trio Dyeing & Finishing Co., Inc.,
(known collectivelly as CP Associates, multi-employer bargaining unit)
v.
Textile Workers Pension Fund
 NOS. 94-5214, 94-5229
 United States Court of Appeals,
Third Circuit.
 May 24, 1995
 Appeal From: D.N.J., No. 94-cv-00977
 
 1
 VACATED.